AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DWAYNE L. WHITE | ) | Case No. |
|  | ) | 20-MJ-7 089 |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __4/2/2020-6/18/2020__ in the county of __Champaign__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A(a)(1) and (b)(1) | Trafficking Child Pornography |
| 18 U.S.C. 2252A(a)(2) and (b)(1) | Distribution of Child Pornography |
| 18 U.S.C. 2252A(a)(5)(B) and (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit of Investigator Dwayne Roelfs

☑ Continued on the attached sheet.

s/ Dwayne Roelfs
*Complainant's signature*

Investigator Dwayne Roelfs, CCSO
*Printed name and title*

Attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __electronic mail and telephone__.

Date: 06/19/2020

s/ Jonathan E. Hawley
*Judge's signature*

City and state: Peoria, IL

Jonathan E. Hawley, Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Dwayne Roelfs, being duly sworn, depose and state:

1. I am a Deputy Sheriff, with the Champaign County Sheriff's Office, assigned to the Criminal Investigations Division. I have been employed as an Investigator at the Champaign County Sheriff's Office for over twenty-five years. As part of my daily duties as an Investigator, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of state and federal laws, 18 U.S.C. §§ 2251, 2252(a) and 2252A. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also participated in the execution of numerous search warrants, many of which involved child exploitation and/or child pornography offenses.

2. This Affidavit is made in support of a criminal complaint charging DWAYNE WHITE, a 55 year old white male born in January 1965, with violations of Title 18, United States Code, Sections 2252, and 2252A. As will be shown below, there is probable cause to believe that WHITE has possessed and distributed visual depictions of minors engaged in sexually explicit conduct (as defined in 18 U.S.C. § 2256) ("child pornography") in violation of Title 18, United States Code, Sections 2252 and 2252A.

3. I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted and based on my conversations with other law enforcement officers involved in this investigation.

4. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that WHITE committed violations of 18 U.S.C. §§ 2252 and 2252A within the Central District of Illinois. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

## STATUTORY AUTHORITY

5. As noted above, this investigation concerns alleged violations of the following:

   a. Title 18, United States Code, Sections 2252(a)(1) and (b)(1) prohibit any person from knowingly transporting or shipping, or attempting or conspiring to transport or ship, any visual depiction using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, by any means, including by computer or mail, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

   b. Title 18, United States Code, Sections 2252(a)(2) and (b)(1) prohibit any person from knowingly receiving or distributing, or attempting or conspiring to receive or distribute, any visual depiction using any means or facility of interstate or foreign commerce, or that has been mailed or shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or

      so shipped or transported, by any means including by computer, or knowingly reproducing any visual depiction for distribution using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce or through the mails, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

c.     Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2) prohibit any person from knowingly possessing or accessing with the intent to view, or attempting or conspiring to possess or access with the intent to view, 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

d.     Title 18, United States Code, Sections 2252A(a)(1) and (b)(1) prohibit a person from knowingly mailing, or transporting or shipping using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, any child pornography, as defined in 18 U.S.C. § 2256(8), or attempting or conspiring to do so.

e.     Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1) prohibit a person from knowingly receiving or distributing, or attempting or conspiring to receive or distribute, any child pornography or any material that contains child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

  f. Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2) prohibit a person from knowingly possessing or knowingly accessing with intent to view, or attempting or conspiring to do so, any material that contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, by any means, including by computer, or that was produced using materials that have been mailed or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

## DETAILS OF INVESTIGATION

6. On April 24, 2020, Investigator Roelfs received a CyberTip referral regarding the possession and distribution of child pornography. CyberTips are routinely distributed from the Illinois Attorney General's Office, Internet Crimes Against Children (ICAC) division. This CyberTipline report originated from the National Center for Missing and Exploited Children (NCMEC). ▇▇▇ Inc. self-reported to NCMEC that one of their users "▇▇▇" had violated terms of service and was possessing content believed to be movies of child pornography. ▇▇▇ reported that the "▇▇▇" account, shared one digital movie file that depicted a pubescent aged minor engaged in a "Sex Act." Additionally, ▇▇▇ reported that the suspect account also distributed a digital image file with that file consisting of child pornography and the child in the image being described as "Lascivious Exhibition." ▇▇▇ reported that an individual accessed the suspect ▇▇▇ account, and sent the two child pornography files to a ▇▇▇ user listed with the profile name, "▇▇▇." The suspect user "▇▇▇," sent the child pornography movie file on April 2, 2020 at 23:27:03

4

(UTC), and then sent the image of child pornography immediately thereafter, at 23:27:26 (UTC). It should be noted that "███████████" sent the files to the recipient user "█████████" after "█████████" asked, "No. I need kids videos," "I have many adult vids," and "Would you send me some kids videos." The sender and receiver were communicating with each other in the ███████ ████████ platform and the child pornography was uploaded and distributed in the ████████ platform. The two file names are listed below:

   a. Auq7lx0yx7kkgk8g88093478_2835288339894183_6647533434120364111_n.mp4

   b. 7caaa0i3pi4ggogk91409216_2615117455439117_3757952382336499712_n.jpg

7. I viewed the suspected child pornography files, movie file and image file, that were submitted to NCMEC for the suspect ████████ user and based on my training and experience, believe the files contain child pornography, as that term is defined by federal law.

8. The movie file clip was ten seconds in length and contains audio but no discernable words or speaking can be heard. A description of the movie file and image file are listed below:

   a. Movie file: The minor victim, a white female with brown hair approximately 7-10 years old, is naked and laying on her back on a bed. The girl's eyes are somewhat squinted and shut with the girl appearing to possibly be under the influence of some sort of drug. An adult white male subject is naked and kneeling on the bed, positioned between the girl's legs. The male's penis is inserted into the girl's anus and is shown penetrating the girl anus during the ten second movie file.

  b. Image file: The minor victim, a white female with brown hair approximately 7-10 years old, is naked and positioned face down on a bed with her legs spread exposing her anus. An adult white male's right hand can be seen touching the girl's right buttock.

9. I determined that the IP address, 173.19.168.75, was assigned to the Internet Service Provider: Mediacom Communications Corp., One Mediacom Way, Mediacom Park, NY, 10918. On May 28, 2020, I sent a State of Illinois Subpoena Duces Tecum (SDT) to Mediacom for the IP records maintained by Mediacom, requesting subscriber information for the user of that IP address: 173.19.168.75, on the date and time that the suspect account was used to upload the child pornography files, April 2, 2020, 23:27:03 hrs (UTC).

10. On June 12, 2020, Mediacom provided the results from the SDT. The results stated that the IP address, 173.19.168.75, was assigned to subscriber R.W., at 1300 block of Briarcliff Dr., Rantoul, Illinois, in the Central District of Illinois, and WHITE's residence. Mediacom further provided an associated phone number for this subscriber account and noted that the account was currently "active."

11. On May 26, 2020 I received a new NCMEC CyberTipline report, #72357109, stating that the same suspect ▓▓▓ user, ▓▓▓▓▓ listed under a new ▓▓▓▓ profile URL of: http://www.▓▓▓▓.com/▓▓▓▓▓▓ account ID, ▓▓▓▓▓▓, had uploaded and distributed, via ▓▓▓▓ ▓▓▓▓▓ an additional movie/video file containing child pornography to ▓▓▓ user, ▓▓▓▓▓▓ ▓▓▓ user ▓▓▓▓▓▓ used IP address, 173.19.168.75, on May 15, 2020 at 23:25:23 (UTC). This IP address was the

6

same IP address that had been used during the first reported CyberTip incident that occurred on April 2, 2020. This IP address resolved to Mediacom and was assigned to R.W. at WHITE's residence. I reviewed the file and concluded that it did contain child pornography. A description of this movie file is listed below:

    a.    1vsvz1qvf7q8ko0o87120478_2823507787732861_4681201229631541734_n.mp4 - This movie file is approximately 19 seconds in length. The movie file shows an adult white male's penis being pushed and rubbed up against a young female's vagina. The young female is laying on her back on what appears to be a bed with her legs pushed back towards her chest to expose her vaginal area towards the adult male who is using his finger to press his penis against her vagina. The young female has dark colored hair and appears to be wearing a blue colored dress that has been pushed up exposing and leaving her lower half naked. There is audio present in this movie file. A young female sounding voice can be heard saying, "I don't feel anything". An adult male then asks the female, "You don't feel anything?" The young female appears to be prepubescent and approximate age of 7-10 years old.

12. ▮▮▮▮ provided the file name and profile picture for the recently created ▮▮▮▮▮▮▮ ▮▮▮▮ account. The profile picture file name was listed as: 6xemx206dscoooko92146610_1185988491611883_7184571462538231808_o.jpg. I compared this profile picture to the Illinois Secretary of State image on file for Dwayne L. White's driver's license photo and confirmed that it appears to be the same individual.

13. On June 17, 2020, United States Magistrate Judge Eric I. Long authorized the search of WHITE's residence, his vehicle, and his person. On June 18, 2020, law enforcement agents executed this warrant.

14. Agents encountered WHITE in the driveway of his residence. After explaining the nature of investigation, agents transported WHITE from his residence to the Rantoul police department for further investigation.

15. Agents advised White of his *Miranda* rights and he agreed to answer their questions.

16. White admitted that he utilized ▮▮▮▮ to search for pornography and joined various "Groups" that were geared towards adult pornography. He also admitted using ▮▮▮▮ detailed how he joined groups through that social media application.

17. White admitted to having multiple ▮▮▮▮ accounts, describing how approximately several months ago his account had been shut down by ▮▮▮▮ for violating terms of service. He said he had two accounts that had been shut down essentially for his sharing images of naked females.

18. White admitted that the ▮▮▮▮ ▮▮▮▮ account was his prior account. White admitted that he had been communicating in a ▮▮▮▮ Group with another ▮▮▮▮ user that went by the name ▮▮▮▮.

19. White said that each morning he could get access to as many as "300-400" various images and video of pornography from his access of the "Groups" within the ▮▮▮▮ application.

20. White described how he would sometimes click on video links in ▮▮▮▮ and then those videos would automatically store on his cell phone. White would later save select files onto his other devices.

8

21. White stated that for at least the past year but maybe longer he has been viewing child pornography, through groups on both ▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮

22. White admitted that he transferred many of the images/videos of child pornography from his phone to his laptop. He would then transfer the child pornography from his laptop computer and save the files onto an 8 gigabyte external storage device. White said that he deleted many of the images from the storage device but agreed that there would likely be remnants or artifacts of the those deleted child pornography files still on device.

23. White also admitted to saving screen snapshot images from his cell phone consisting of child pornography. White said these images of child pornography would be in the "Gallery" section of his cell phone.

24. White admitted that there were approximately 30 video/movie files of child pornography and around a dozen image files of child pornography that he stored on his external storage device.

25. White said that his home internet was in his father's name and that the wi-fi for that internet access was on a secured password protected network. White said that only he and his father live in the home on Briarcliff and that no one else had been using his internet service. White stated that his father was not involved in trafficking child pornography from the residence.

26. White viewed the sanitized images described in this affidavit and admitted to having seen and possessed those images before. He said that the first image was from a video that was approximately 35-40 seconds long. He said he believed that

9

the girl in that video was approximately 10-11 years of age. He admitted that this video was currently stored on his external storage device. He admitted that he sent this video to another ▇▇▇ user.

27. White said that after sending the video file to the other ▇▇▇ user he sent an image file of also containing child pornography. White described this image file depicting a girl that he estimated to be 3-4 years of age and showed that girl about to be penetrated by an adult male's penis. White said that he later deleted this image from his device.

28. White further described another video he distributed depicting an adult male attempting to have vaginal sex with a girl that he estimated to be approximately 3-5 years old. White recalled this second video showed the male subject ejaculating on the outside of the girl's vagina. White did not recall the name of the person that he sent this video file to, but he admitted that he did send it. White said that he later deleted this video.

29. White described his child pornography viewing as being driven by "curiosity" and stated he would get bored with the images and then seek out additional images. White denied ever being sexually aroused by the child pornography.

30. Specially trained digital media analysts examined the external storage devices seized from White's residence and located child pornography files on a 16 gigabyte SanDisk USB flash drive that contained a white label with black lettering

10

that stated "DW BACK." This flash drive was found in White's room and plugged into a silver HP laptop computer.

31. Agents observed in the root of the drive several folders of interest including: *"Xxx 0", "Xxx 1", "Xxx 2", "Xxx 3", "Xxx 4", "Xxx 5", "Xxx 6", "Xxx Christy", "Xxx Young"*.

32. The folder *"Xxx Young"* contained 10 image files and 3 of these image files depicted a prepubescent female child engaged in sexual acts with an adult male. Five of these image files depicted a prepubescent female child lasciviously displaying her genitals.

33. In the folder *"Xxx 0"* agents observed the three video files described in detail below:

   a.   Name:          VID-20200420-WA0110.mp4
        File Created:  05/15/20 18:51:18

   This 18 second video depicts a prepubescent female child nude from the waist down and a lying on a bed with her legs spread. An adult male is masturbating and as he begins to ejaculate he inserts his penis into the female child's vagina.

   b.   Name:          VID-20200423-WA0035.mp4
        File Created:  05/15/20 18:51:19

   This 44 second video depicts a nude prepubescent female child lying on a bed while an adult male penetrates the female child's vagina.

   c.   Name:          VID-20200425-WA0014.mp4
        File Created: 05/15/20 18:51:19

11

This 9 second video depicts a prepubescent female child nude from the waist down and a lying on a bed with her legs spread while an adult male rubs his penis against the female child's vagina.

34. In the folder "*Xxx 5*," agents observed the following video file described in detail below:

    Name:        VID-20200419-WA0158.mp4
    File Created:   05/15/20 18:50:23

This 5 minute and 59 second video depicts a nude adult female lying on her back with her legs spread. A nude prepubescent male child is between the adult female's legs and inserts his penis into her vagina. A second nude prepubescent male child also appears for part of the video and the adult female masturbates this male child while engaging in sexual intercourse with the other male child.

FURTHER AFFIANT SAYETH NAUGHT.

                                        s/ Dwayne Roelfs
                                        Dwayne Roelfs, Investigator
                                        Champaign County Sheriff's Office

Attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by electronic mail and telephone on June 19, 2020.

 s/ Jonathan E. Hawley
Jonathan E. Hawley, Magistrate Judge
United States District Court